In the Matter of the Application of WOOD PACKING BOX Co., Petitioner, for an Order against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, to Review a Determination, Respondent.— Determination annulled, with fifty dollars costs and disbursements to the petitioner, on the authority of *Sterling Bag Co., Inc.,* v. *City of New York* (281 N. Y. 269) and *Matter of American Molasses*

*Co. of New York* v. *McGoldrick* (Id.). Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to confirm determination as modified by the stipulation of the parties.